UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J. D. ENQUIST,

    Plaintiff,

v.

HAROLD CLARKE *et al.*,

    Defendants.

Case No. C07-5073RBL

REPORT AND RECOMMENDATION

**NOTED FOR:
April 27, 2007**

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has filed a proposed complaint and applied for *in forma pauperis* status (Dkt. # 1). The application was deficient and the court clerk's office sent plaintiff a letter indicating the application was deficient because plaintiff had not provided a prison trust account or a written consent for payment of costs form. Further, plaintiff did not provide service copies or documents (Dkt. # 2).

    There has been no response to the clerk's letter. The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28

REPORT AND RECOMMENDATION- 1

1 U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed in
2 forma pauperis.  <u>Weller v. Dickson</u>, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845
3 (1963).
4      Based on the above, the Court should deny plaintiff's application to proceed *in forma pauperis*,.
5 Plaintiff has not shown that is unable to pay the full filing fee to proceed with his lawsuit.  Mr. Enquist
6 has failed to cure the deficiencies in his application.  The court should direct Mr. Enquist to pay the filing
7 within 30 days of the court's order and if he fails to pay the filing fee the clerk should be directed to
8 dismiss this matter.
9      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure,
10 the parties shall have ten (10) days from service of this Report to file written objections.  *See also*
11 Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of
12 appeal.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule
13 72(b), the clerk is directed to set the matter for consideration on **April 27, 2007**, as noted in the
14 caption.

16      DATED this 2 day of April, 2007.

18                                      <u>*/S/ J. Kelley Arnold*</u>
                                     J. Kelley Arnold
19                                      United States Magistrate Judge

28 REPORT AND RECOMMENDATION- 2