HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

J. D. ENQUIST,

        Plaintiff,

v.

HAROLD CLARKE, et al,

        Defendant.

Case No. C07-5073RBL

ORDER

THIS MATTER comes on before the above-entitled Court sua sponte.

On May 1, 2007 this Court entered an Order which denied plaintiff's motion to proceed in forma pauperis and directed him to either pay the filing fee within 30 days of that Order or face dismissal of his lawsuit. [Dkt. #4]. That Order was sent to plaintiff's last known address, the Clallam Bay Correctional Center, and on May 7, 2007 was returned to this Court as undeliverable because plaintiff was no longer at that institution. [Dkt. #5]. Plaintiff has not provided the Court with a new address. Therefore, this matter will be **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, any pro se, and to plaintiff at his last known address.

Dated this 5th day of July, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1