# United States District Court

WESTERN DISTRICT OF WASHINGTON

J.D. ENQUIST,

        Plaintiff,

v.

HAROLD CLARKE, et al.,,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5073RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

July 10, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk